No. 71–6427. YOUNG v. REED, CHAIRMAN, BOARD OF PAROLE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 71–6443. CLARK v. JOHNSON ET AL. C. A. 10th Cir. Certiorari denied.

No. 71–6446. REED v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 71–6458. GRENE v. CHOATE, U. S. DISTRICT JUDGE. C. A. 5th Cir. Certiorari denied.

No. 71–6462. SMITH v. RODGERS, JAIL SUPERINTENDENT. C. A. D. C. Cir. Certiorari denied.

No. 71–6475. WILLIAMS v. CLARK, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 71–6477. MASHEIOFF v. AMERICAN EXPORT LINES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 71–6478. CULBERSON v. WAINWRIGHT, CORRECTIONS DIRECTOR. C. A. 5th Cir. Certiorari denied.

No. 71–6482. HARRIS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 71–6483. LOGAN v. SLAYTON, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 71–6484. GANCI v. HENDERSON, PRISON SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 71–6488. JOHNSON v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 71–6493. McGURRIN v. SHOVLIN, HOSPITAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied.

No. 71–6498. DIGGS v. EARLY. Super. Ct. D. C. Certiorari denied.